IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Joseph Cash McEvoy, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-cv-00847 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| Division St. Boys, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The parties have filed a "Stipulation of Voluntary Dismissal With Prejudice" (Doc. No. 10, "Stipulation"), which was signed by counsel for all parties.[1] The parties do not cite a specific rule pursuant to which they move to dismiss this case. Accordingly, the Court construes the dismissal as being filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).[2] Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice. The Stipulation also notes that Defendant shall bear responsibility for all court costs.

Accordingly, the Court acknowledges that this action has been DISMISSED with prejudice. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

---

[1] The Court recognizes that, as stated in the Stipulation, Defendant Two Black Knights, LLC was incorrectly identified in the complaint as "Division St. Boys, LLC." This Order applies to the intended and now properly named Defendant, Two Black Knights, LLC.

[2] Dismissal under Rule 41(a)(1)(A)(ii) is dismissal of an entire action, not dismissal of some but not all claims or dismissal of some but not all defendants.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE