UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Joseph Cash McEvoy

                  Plaintiff,

v.                                        Case No.: 3:23–cv–00847

Division St. Boys LLC

                  Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/26/2023 re [11].

                                                                       Lynda M. Hill
                                                  s/ Aubrey L Frantz, Deputy Clerk